IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **CORTNE MARESSE ROBINSON,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-11 |
| | § | |
| **DIRECTOR, TDCJ-CID,** | § | |
| | § | |
| *Respondent.* | § | |

# ORDER

Pending before the Court is Petitioner's Motion for Leave to File 28 U.S.C. § 2254 Petition in Excess of Page Number Limits (Docket No. 10), the Director's Response (Docket No. 11) and Petitioner's Reply (Docket No. 12). In the motion, Petitioner sought permission to file a petition not to exceed 265 pages in length. He must obtain leave of court to file a petition in excess of 100 pages. Local Rule CV-3(b), Eastern District of Texas Local Rules and Appendixes (2016). The Director filed a response opposing the motion and stressing that Petitioner was asking to file a petition that is more than two-and-one-half times the page limit. In his reply, Petitioner dropped his request to file a 265 page petition; instead, he asked to file a petition no longer than 155 pages. He noted that the state habeas petition was over 200 pages long, and he was endeavoring to condense and winnow his state claims. On November 8, 2017, Petitioner filed the actual petition (Docket No. 14), which is 115 pages long, excluding attachments. The motion for leave to file excess pages is reasonable to the extent that the petition is only 115 pages. It is accordingly

**ORDERED** that Petitioner's Motion for Leave to File 28 U.S.C. § 2254 Petition in Excess of Page Number Limits (Docket No. 10) is **GRANTED** to the extent that he may file a petition that is 115 pages long, excluding attachments.

Also pending before the Court is Petitioner's unopposed Motion to File Exhibits 1, 37, 38, 39 and 40 Under Seal (Docket No. 13).  In support of the motion, Petitioner explains that the exhibits are juror questionnaires which contain sensitive, personal information.  The request is appropriate.  It is accordingly

**ORDERED** that Petitioner's Motion to File Exhibits 1, 37, 38, 39 and 40 Under Seal (Docket No. 13) is **GRANTED**, and the Clerk of Court shall maintain Exhibits 1, 37, 38, 39 and 40 under seal.

**SIGNED this 9th day of November, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE