EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CORTNE MAREESE ROBINSON, § § § *Petitioner* § § V. § § LORIE DAVIS, DIRECTOR, § DIRECTOR, TDCJ-CID, § § *Respondent* § | CAUSE NO. 1:17-CV-11<br><br>*DEATH PENALTY CASE* |

SUPPLEMENTAL AFFIDAVIT OF CHARLES HERRING, JR.

I, Charles Herring, Jr., swear under penalty of perjury that the following is true:

1. My name is Charles Herring, Jr., I am over the age of 18 and competent to testify to the truth of the matters contained in the report that was filed in this case on November 8, 2017.

2. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's state habeas counsel.

3. I would have been available and ready to testify in accord with the opinions and conclusions that I presented in my report at Mr. Robinson's state habeas proceedings.

Dated this 24th day of April, 2019.

*[signature]*

Charles Herring, Jr.
Herring & Panzer, L.L.P.
1411 West Avenue, Suite 100
Austin, Texas 78701
(512) 320-0665
(512) 519-7580

SUBSCRIBED AND SWORN TO before me by Charles Herring, Jr. on this 24th day of April, 2019.

*[signature]*
Notary Public – State of Texas

JUDY R. ERBEN
NOTARY PUBLIC
ID# 509296-3
State of Texas
Comm. Exp. 05-20-2020

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § § § | |
| *Petitioner* | § § | |
| V. | § § | CAUSE NO. 1:17-CV-11 |
| LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID, | § § § § | *DEATH PENALTY CASE* |
| *Respondent* | § § § | |

## SUPPLEMENTAL AFFIDAVIT OF CHARIS E. KUBRIN

I, Charis E. Kubrin, swear under penalty of perjury that the following is true:

1. My name is Charis E. Kubrin. I am over the age of 18 and competent to testify to the trust of the matters contained in the report that was filed in this case on January 17, 2018.

2. The opinions in my report are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my report at Mr. Robinson's trial and/or state habeas

proceedings. Alternatively, the opinions in my report are so uncontroversial, based on the evidence and the state of the science at the time of Mr. Robinson's trial and/or state habeas proceedings that any similarly qualified expert consulted at the time would have arrived at the same opinions.

Dated this 29 day of April, 2019.

Charis E. Kubrin, Ph.D.
Department of Criminology, Law and Society
University of California, Irvine
Social Ecology II, Room 3379
Irvine, CA 92697-7080

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California County of Orange
On Apr 29, 2019 before me, Andre Wijono, Notary Public,
personally appeared Charis Elizabeth Kubrin
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.



ANDRE WIJONO
Notary Public - California
Orange County
Commission # 2167941
My Comm. Expires Oct 14, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON,<br><br>*Petitioner*<br><br>V.<br><br>LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID,<br><br>*Respondent* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:17-CV-11<br><br>*DEATH PENALTY CASE* |

## SUPPLEMENTAL AFFIDAVIT OF HELENA HUCKABEE

I, Helena Huckabee, swear under penalty of perjury that the following is true:

1. My name is Helena Huckabee. I am over the age of 18 and competent to testify to the trust of the matters contained in the report that was filed in this case on November 8, 2017.

2. The opinions in my report are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my report at Mr. Robinson's trial and/or state habeas

proceedings. Alternatively, the opinions in my report are so uncontroversial, based on the evidence and the state of the science at the time of Mr. Robinson's trial and/or state habeas proceedings that any similarly qualified expert consulted at the time would have arrived at the same opinions.

Dated this 30 day of April, 2019.

_Helena Huckabee, PhD_ (signature)
Helena Huckabee, Ph.D., BCBA-D
Clinical Neuropsychologist, CO #2868
Board Certified Behavior Analyst – Doctoral
400 S. Colorado Blvd., Ste. 400
Glendale, CO 80246
(303) 322-9000

State of Colorado   County of Arapahoe
Subscribed and sworn before me on 4/30/19 (Date)
_(Notary Signature)_

ANTHONY VALVERDE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184046700
MY COMMISSION EXPIRES DECEMBER 6, 2022

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § § § | |
| Petitioner | § § | |
| V. | § § | CAUSE NO. 1:17-CV-11 |
| LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID, | § § § § | *DEATH PENALTY CASE* |
| Respondent | § § | |

## SUPPLEMENTAL AFFIDAVIT OF CANDICE A. ALFANO

I, Candice A. Alfano, swear under penalty of perjury that the following is true:

1. My name is Candice A. Alfano. I am over the age of 18 and competent to testify to the trust of the matters contained in the report that was filed in this case on January 17, 2018.

2. The opinions in my report are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my report at Mr. Robinson's trial and/or state habeas

proceedings. Alternatively, the opinions in my report are so uncontroversial, based on the evidence and the state of the science at the time of Mr. Robinson's trial and/or state habeas proceedings that any similarly qualified expert consulted at the time would have arrived at the same opinions.

Dated this 25 day of April, 2019.



Candice A. Alfano
Clinical Psychologist, TX #36103
Professor of Psychology
Director, Sleep and Anxiety Center of Houston
University of Houston
caalfano@uh.edu
713.743.3400

CAROLINE G. WATKINS
MY COMMISSION EXPIRES
MAY 18, 2020
NOTARY ID: 11968570

Caroline G Watkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § § § | |
| *Petitioner* | § § | |
| | § | CAUSE NO. 1:17-CV-11 |
| V. | § § | *DEATH PENALTY CASE* |
| LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID, | § § § | |
| *Respondent* | § § | |

## SUPPLEMENTAL AFFIDAVIT OF DANIEL MURRIE

I, Daniel Murrie, swear under penalty of perjury that the following is true:

1. My name is Daniel Murrie. I am over the age of 18 and competent to testify to the trust of the matters contained in the report that was filed in this case on November 8, 2017.

2. The opinions in my report are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my report at Mr. Robinson's trial and/or state habeas

proceedings. Alternatively, the opinions in my report are so uncontroversial, based on the evidence and the state of the science at the time of Mr. Robinson's trial and/or state habeas proceedings that any similarly and appropriately qualified expert consulted at the time would have arrived at the same opinions.

Dated this 23 day of April, 2019.

Notary M Albemarle
County Virginia
4/23/19
Edward L. Strickler Jr
# 102042
My commission expires
2/28/23
/s/ Edward

Daniel Murrie, Ph.D.
Licensed Clinical Psychologist
Director of Psychology, ILPP (Univ. of Virgina)
Prof. of Psychiatry & Neurobehavioral Sciences
P.O. Box 800660
Charlottesville, VA 22908-0660
(434) 924-8308
murrie@virginia.edu

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § § § | |
| Petitioner | § § | |
| V. | § § | CAUSE NO. 1:17-CV-11 |
| LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID, | § § § § | *DEATH PENALTY CASE* |
| Respondent | § § | |

SUPPLEMENTAL AFFIDAVIT OF STEPHEN D. HART

I, Stephen D. Hart, swear under penalty of perjury that the following is true:

1. My name is Stephen D. Hart, I am over the age of 18 and competent to testify to the trust of the matters contained in the report that was filed in this case on November 8, 2017.

2. The opinions in my report are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my report are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my report at Mr. Robinson's trial and/or state habeas

ELAINE LU
NOTARY PUBLIC
P.O. BOX 11551
1950-650 WEST GEORGIA ST.
VANCOUVER, BRITISH COLUMBIA
CANADA V6B 4N8



proceedings. Alternatively, the opinions in my report are so uncontroversial, based on the evidence and the state of the science at the time of Mr. Robinson's trial and/or state habeas proceedings that any similarly qualified expert consulted at the time would have arrived at the same opinions.

Dated this 24th day of April, 2019.

_____
Stephen D. Hart, Ph.D.
Department of Psychology
Simon Fraser University
8888 University Drive
Burnaby, British Columbia
Canada V5A 1S6
(778) 782-3354
hart@sfu.ca

**SWORN BEFORE ME**, at City of Vancouver, Province of British Columbia this 24th day of April, 2019.

_____ PERMANENT COMMISSION
Commissioner for taking affidavits for Province of British Columbia

ELAINE LU
NOTARY PUBLIC
P.O. BOX 11551
1950-650 WEST GEORGIA
VANCOUVER, BRITISH COLU...
CANADA V6E 4N...

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § § § | |
| *Petitioner* | § § | |
| V. | § § | CAUSE NO. 1:17-CV-11 |
| | § | *DEATH PENALTY CASE* |
| LORIE DAVIS, DIRECTOR, DIRECTOR, TDCJ-CID, | § § § | |
| *Respondent* | § | |

SUPPLEMENTAL AFFIDAVIT OF JOHN F. EDENS

I, John Edens, swear under penalty of perjury that the following is true:

1. My name is John F. Edens. I am over the age of 18 and competent to testify to the trust of the matters contained in the affidavit that was filed in this case on November 8, 2017.

2. The opinions in my affidavit are based on information that would have been available to the experts that testified for the State in Mr. Robinson's trial.

3. The opinions in my affidavit are based on materials and information that would have been available to Mr. Robinson's trial counsel and state habeas counsel.

4. I would have been available and ready to testify to the opinions that I presented in my affidavit at Mr. Robinson's trial and/or state habeas proceedings.

Dated this 23rd day of April, 2019.

John F. Edens, Ph.D.
5215 Cascades Dr.
College Station, Texas 77845
(979) 422-6599