IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTE ROBINSON, | § | |
| Petitioner, | § | |
| | § | Civ. Act. No. 1:17-cv-00011-RWS |
| v. | § | *DEATH PENALTY CASE* |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**RESPONDENT DAVIS'S APPEARANCE OF COUNSEL**

This is a federal habeas corpus proceeding initiated by Petitioner Cortne Robinson, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Lorie Davis and respectfully requests that all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY MATEER
First Assistant Attorney General

LISA TANNER
Acting Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

GEORGE A. D'HEMECOURT
Assistant Attorney General

| | |
|---|---|
| | /s/ Stephen M. Hoffman |
| * Attorney-in-charge | *STEPHEN M. HOFFMAN |
| | Assistant Attorney General |
| | Texas Bar No. 24048978 |
| | P. O. Box 12548, Capitol Station |
| | Austin, Texas 78711 |
| | Tel: (512) 936-1400 |
| | Fax: (512) 320-8132 |
| | Email: Stephen.Hoffman@oag.texas.gov |

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of August, 2019, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys:

Benjamin Barrett Wolff
Office of Capital and Forensic Writs
1700 Congress, Suite 460
Austin, TX 78731
Email: benjamin.wolff@ocfw.texas.gov

Joshua Aaron Freiman
Federal Public Defender, WD/TX - Austin
504 Lavaca Street
Suite 960
Austin, TX 78701
Email: joshua_freiman@fd.org

Maureen Scott Franco
Federal Public Defender, WD/TX
727 E. Cesar E. Chavez Blvd., Suite B-207
San Antonio, TX 78206
Email: maureen_franco@fd.org

                                                  /s/ Stephen M. Hoffman
                                                  STEPHEN M. HOFFMAN
                                                  Assistant Attorney General