# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CORTNÉ MAREESE ROBINSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-cv-00011-RWS |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | CASE INVOLVING THE DEATH |
| Institutions Division, | § | PENALTY |
| | § | |
| Respondent. | § | |

# O R D E R

On this date came on to be considered Petitioner's Opposed Motion for Extension of Time. The Court, after considering same, is of the opinion that said motion should be GRANTED.  Accordingly, it is ORDERED that Petitioner shall initiate proceedings in state court on or before October 29, 2019.