IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MARESSE ROBINSON, | § | |
| Petitioner, | § | |
| | § | Civil Action No. 1:17-cv-11 |
| v. | § | *DEATH PENALTY CASE* |
| | § | |
| LORIE DAVIS, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
WITH BRIEF IN SUPPORT**

This is a federal habeas corpus proceeding initiated by Petitioner Cortne Maresse Robinson, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. This case has recently been reassigned to the undersigned counsel. Accordingly, the Director respectfully requests that George A. d'Hemecourt be removed as lead counsel of record for the Respondent, and Garrett Greene be substituted thereof.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFF MATEER
    First Assistant Attorney General

    MARK PENLEY
    Deputy Attorney General
    for Criminal Justice

<pre>
                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                               s/ Garrett Greene
*Lead Counsel                 GARRETT GREENE*
                              Assistant Attorney General
                              State Bar No. 24096217

                              P. O. Box 12548, Capitol Station
                              Austin, Texas 78711
                              (512) 936-1400
                              (512) 936-1280 (FAX)

                              ATTORNEYS FOR RESPONDENT
</pre>

## CERTIFICATE OF CONFERENCE

Counsel for Robinson has indicated that he is not opposed to this substitution.

<pre>
                              /s/ Garrett Greene
                              GARRETT GREENE
                              Assistant Attorney General
</pre>

**CERTIFICATE OF SERVICE**

I hereby certify that, on Tuesday, November 26, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to counsel, who has consented in writing to accept this Notice as service of this document by electronic means:

Joshua Aaron Freiman
Federal Public Defender,
504 Lavaca Street
Suite 960
Austin, TX 78701
Email: joshua_freiman@fd.org

                                                    /s/ Garrett Greene
                                                    GARRETT GREENE
                                                    Assistant Attorney General