**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **CORTNE MARESSE ROBINSON,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:17-cv-11** |
| | § | |
| **DIRECTOR, TDCJ-CID,** | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the Court is Respondent's unopposed motion to substitute counsel (docket entry #75). The Director desires to substitute Garrett Greene for George A. d'Hermecourt as counsel. The motion is reasonable. It is therefore

**ORDERED** that Respondent's unopposed motion to substitute counsel (docket entry #75) is **GRANTED** and Garrett Greene is substituted for George A. d'Hermecourt as the Respondent's attorney.

So ORDERED and SIGNED this 30th day of December, 2019.


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE