# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNÉ MAREESE ROBINSON, | § § § | |
| Petitioner, | § | CAUSE NO. 1:17-cv-00011-RWS |
| v. | § § § | CASE INVOLVING THE DEATH PENALTY |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

Pending before the Court is Petitioner's Unopposed Motion for Extension of Time to File Amended Petition (Docket No. 85). On November 24, 2020, this Court issued a briefing schedule ordering Petitioner to file an amended petition for writ of habeas corpus on or before March 6, 2021. Petitioner requests an extension of thirty days, or to Monday, April 5, 2021, for good cause shown. Respondent does not oppose the motion. The motion (Docket No. 85) for an extension of time is **GRANTED.**

It is **ORDERED** that Petitioner file an amended petition for writ of habeas corpus on or before Monday, April 5, 2021.

**SIGNED this 22nd day of February, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE