IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CORTNÉ MAREESE ROBINSON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. 1:17-cv-00011-RWS |
| § | |
| BOBBY LUMPKIN, Director, Texas § | |
| Department of Criminal Justice, Correctional § | CASE INVOLVING THE DEATH |
| Institutions Division, § | PENALTY |
| § | |
| Respondent. § | |

**MOTION TO FILE EXHIBITS 42, 44-51, 63, 64
TO AMENDED PETITION UNDER SEAL**

Petitioner Cortné Robinson, through counsel, files this Motion to request that Exhibits 42, 44-51, 63, 64 to his Amended Petition be filed under seal with this Court. Exhibits 63 and 64 are respectively Marshall Independent School District records of Robinson and his brother Corey Robinson. These contain sensitive and personally identifiable information throughout. Exhibits 42 and 44-51 are juror questionnaires that contain sensitive, personal information regarding members of the venire. They were sealed in the trial court below, in the habeas proceedings and remain sealed there.

On April 5, 2021, Counsel for Robinson has conferenced this motion with counsel for Respondent Garrett Greene who indicates that Respondent is unopposed.

Wherefore, for the foregoing reasons, Mr. Robinson respectfully requests that this Court seal the exhibits as well to protect the confidential information contained in Exhibits 42, 44-51, 63, 64 to his Amended Federal Application for Writ of Habeas Corpus.

        Respectfully Submitted,

        MAUREEN FRANCO  
        Federal Public Defender  
        Western District of Texas  
        TIVON SCHARDL  
        Chief, Capital Habeas Unit

        */s/ Joshua Freiman*  
        JOSHUA FREIMAN  
        Assistant Federal Public Defender  
        Capital Habeas Unit  
        NY Bar No. 5353545  
        919 Congress, Suite 950  
        Austin, Texas 78701  
        737-207-3007 (tel.)  
        512-499-1584 (fax)

        Counsel for Petitioner

DATED: April 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2021, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Garrett Greene**  
Texas Attorney General - Austin  
300 West 15th Street  
Austin, TX 78701-1220

        /s/ Joshua Freiman