IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNÉ MAREESE ROBINSON, | § | |
| Petitioner, | § | |
| | § | Civil Action No. 1:17-cv-00011-RWS |
| v. | § | *DEATH PENALTY CASE* |
| | § | |
| BOBBY LUMPKIN, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

# ORDER

On the motion of the Respondent, the Court hereby GRANTS Respondent leave to exceed the Court's page limits by thirty pages.

**So ORDERED and SIGNED this 9th day of September, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE