# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| CORTNÉ MAREESE ROBINSON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. 1:17-cv-00011-RWS |
| § | |
| BOBBY LUMPKIN, Director, Texas § | |
| Department of Criminal Justice, Correctional § | CASE INVOLVING THE DEATH |
| Institutions Division, § | PENALTY |
| § | |
| Respondent. § | |

## ORDER

Before the Court is Petitioner's Unopposed Motion For Extension Of Time To File Reply In Support Of Discovery Motion. Petitioner requests to extend the time to file his reply by thirty-two days, from September 9, 2021 to October 11, 2021. Respondent does not oppose the request. The motion is reasonable. The motion is hereby **GRANTED**. It is hereby **ORDERED** that Petitioner shall file his reply in support of his motion for discovery on or before October 11, 2021.

**So ORDERED and SIGNED this 9th day of September, 2021.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE