IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CORTNÉ MAREESE ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division,<br><br>Respondent. | § § § § § § § § § § § § § § § CIVIL ACTION NO.  1:17-CV-00011-RWS |

## ORDER

Before the Court is Petitioner's Unopposed Motion For Extension Of Time To File Reply In Support Of Discovery Motion (Docket No. 114).  Petitioner requests to extend the time to file his reply by forty days, from November 10, 2021 to December 20, 2021.  Docket No. 114.  This is Petitioner's third request for an extension of time to file a reply.  *See* Docket Nos. 111, 113.  Petitioner's request, however, is reasonable.  The motion is hereby **GRANTED**.  It is hereby

**ORDERED** that Petitioner shall file his reply in support of his motion for discovery on or before December 20, 2021.

**So ORDERED and SIGNED this 4th day of November, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE