IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CORTNE MAREESE ROBINSON, | § | |
| Petitioner, | § | |
| | § | Civil Action No. 1:17-cv-11 |
| v. | § | |
| | § | |
| BOBBY LUMPKIN, | § | *DEATH PENALTY CASE* |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S NOTICE OF SUBSTITUTION OF COUNSEL

This is a federal habeas corpus proceeding initiated by Petitioner Cortne Mareese Robinson, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. Lead counsel, former Assistant Attorney General Garrett Greene, is no longer with the Office of the Attorney General for Texas, and this case has been reassigned to the undersigned counsel. Accordingly, the Director respectfully requests that Garrett Greene be withdrawn and removed as counsel of record for Bobby Lumpkin, Director of TDCJ-CID, and Assistant Attorney General Cara Hanna be substituted thereof.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

|  |  |
|---|---|
|  | BRENT WEBSTER<br>First Assistant Attorney General |
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  | EDWARD L. MARSHALL<br>Assistant Attorney General<br>Chief, Criminal Appeals Division |
| *Lead Attorney | /s/ Cara Hanna<br>CARA HANNA*<br>Assistant Attorney General<br>State Bar No. 24055622 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 936-1400<br>Facsimile No. (512) 936-1280<br>cara.hanna@oag.texas.gov |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to lead counsel, who has consented in writing to accept this Notice as service of this document by electronic means:

Benjamin Barrett Wolff
Office of Capital and Forensic Writs
1700 Congress, Suite 460
Austin, TX 78731
512-463-8502
Fax: 512-463-8590
Email: benjamin.wolff@ocfw.texas.gov

Joshua Aaron Freiman
Federal Public Defender, WD/TX - Austin
504 Lavaca Street
Suite 960
Austin, TX 78701
512-916-5025
Fax: 512-916-5035
Email: joshua_freiman@fd.org

Maureen Scott Franco
Federal Public Defender, WD/TX
727 E. Cesar E. Chavez Blvd., Suite B-207
San Antonio, TX 78206
210-472-6700
Fax: 210-472-4454
Email: maureen_franco@fd.org

      /s/ Cara Hanna
      CARA HANNA*
      Assistant Attorney General