# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| CORTNÉ MAREESE ROBINSON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. 1:17-cv-11 |
| § | |
| BOBBY LUMPKIN, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | CAPITAL HABEAS CASE |
| § | |
| Respondent. § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER

The undersigned attorney enters this appearance of counsel on behalf of Petitioner, CORTNÉ MAREESE ROBINSON, and respectfully asks that all future pleadings, orders, and other correspondence be served on her at the address below. hereby gives notice that he is represented in this matter by the following attorney:

Donna F. Coltharp
Assistant Federal Public Defender
Capital Habeas Unit
919 Congress, Suite 950
Austin, Texas 78701
donna_coltharp@fd.org
737-207-3017

Respectfully submitted,

MAUREEN FRANCO
Federal Public Defender
Tivon Schardl
Chief, Capital Habeas Unit

/s/*Donna F. Coltharp*
Donna F. Coltharp
Texas Bar No. 24001909
Office of the Federal Public Defender
Western District of Texas
Capital Habeas Unit
919 Congress, Suite 950
Austin, Texas 78701
donna_coltharp@fd.org
(737) 207-3017 (Tel.)
(512) 499-1584) (Fax)

DATED:  January 22, 2024        *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2024 I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 /s/ *Donna F. Coltharp*
DONNA F. COLTHARP