# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| CORTNÉ MAREESE ROBINSON, § § § | |
| Petitioner, § § | CIVIL ACTION NO. 1:17-CV-00011-RWS |
| v. § § | |
| ERIC GUERRERO,[1] DIRECTOR TDCJ-CID, § § § | |
| Respondent. § | |

## FINAL JUDGMENT

The above-styled civil action having come before the court for consideration, and a decision having been duly rendered, it is hereby

**ORDERED** and **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 2nd day of October, 2025.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Eric Gurrero replaced Bobby Lumpkin as the Correctional Institutions Division Director of the Texas Department of Criminal Justice and is substituted as the Respondent in this case under Rule 25(d) of the Federal Rules of Civil Procedure.